AO 93 (Rev. 11/13) Search and Seizure Warrant (Modified: WAWD 2-12-2020)

# UNITED STATES DISTRICT COURT
## for the
## Western District of Washington

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _Stefanie Prather_
Deputy Clerk

In the Matter of the Use of )
)
A Cell Site Simulator to Locate One Target ) Case No. MJ21-100
Telephone, for Investigation of 21 U.S.C. §§ )
841, 843(b), 846, and Other Offenses )

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the person or property located in the Western District of Washington, described in Attachment A3. This Court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described in Attachment A3, and that such search will reveal the property and evidence described in Attachment B3. Because the government has satisfied the requirements of 18 U.S.C. § 3122 and 18 U.S.C. § 2703, this warrant also constitutes a pen-trap order under 18 U.S.C. § 3123 and an order for disclosure of non-content subscriber or customer records under 18 U.S.C. § 2703(c)(1).

**YOU ARE COMMANDED** to execute this warrant on or before       March 8, 2021       *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any U.S. Magistrate Judge in the Western District of Washington. Alternatively, notice may be given by serving the wireless provider with a copy of this warrant pursuant to 18 U.S.C. § 2703 and 18 U.S.C. § 3123.

The offiucer executing this warrant, or an officer present durign the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any U.S. Magistrate Judge in the Western District of Washington.

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*   ☒ until, the facts justifying, the later specified date of June 23, 2021.

Date and time issued: February 22, 2021 11:30 a.m.     _____
                                                                    *Judge's signature*

                                                       Brian A. Tsuchida, Chief United States Magistrate Judge
City and state: Seattle, Washington                              *Printed name and title*

USAO # 2019R01083

AO 93 (Rev. 11/13) Search and Seizure Warrant (Modified: WAWD 2-12-2020)

## Return

| Case No.: MJ21-100 | Date and time warrant executed: 03/04/2021 4:45am | Copy of warrant and inventory left with: NA |
|---|---|---|

Inventory made in the presence of: NA

Inventory of the property taken and name of any person(s) seized:

target cell phone device information and location.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/03/2021

*Executing officer's signature*

FBI SA Shanna McCann
*Printed name and title*

USAO # 2019R01083

# ATTACHMENT A3

## Property to Be Searched and Subscriber/Subject Information

This warrant authorizes the use of the electronic investigative technique described in Attachment B3 to identify the location of the following cellular device:

a. **(206) 898-7122**, with a customer/subscriber name of Jermaine Brooks at 23712 110th Ave SE, APT 1E101, Kent, Washington 98031, IMSI 312530206645071, and service provided by Sprint PCS (hereinafter referred to as Target Telephone 37 or **TT37**).

ATTACHMENT A1 -- PAGE 4
USAO # 2019R01083

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B3

## Particular Things to be Seized

Pursuant to an investigation of the Michael Walker DTO, UM7122 (user of TT37), and other co-conspirators known and unknown to investigators for violations of Title 21, United States Code, Section 841 (distribution of, and possession with intent to distribute, controlled substances); Title 21, United States Code, Section 846 (conspiracy); and Title 21, United States Code, Section 843(b) (use of a communications facility to facilitate a controlled substance offense); this Warrant authorizes the officers to whom it is directed to determine the location of the cellular devices identified in Attachment A3 by collecting and examining:

1. radio signals emitted by the target cellular device (**TT37**) for the purpose of communicating with cellular infrastructure, including towers that route and connect individual communications; and

2. radio signals emitted by the target cellular device (**TT37**) in response to radio signals sent to the cellular devices by the officers;

for a period of thirty days, during all times of day and night. This warrant does not authorize the interception of any telephone calls, text messages, other electronic communications, and this warrant prohibits the seizure of any tangible property. The Court finds reasonable necessity for the use of the technique authorized above. *See* 18 U.S.C. § 3103a(b)(2).

ATTACHMENT B1 -- PAGE 1
USAO # 2019R01083

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970